ACCEPTED
05-17-00499-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 5:34 PM
LISA MATZ
CLERK

In the Court of Appeals for the
Fifth District of Texas at Dallas

**Shawn Braden,** Appellant  §

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/30/2018 5:34:14 PM
LISA MATZ
Clerk

v.  §  No.  05-17-00499-CR

**The State of Texas,** Appellee  §

## State's Second Motion for Extension of Time to File Its Brief

The State respectfully requests this extension for good case and not for delay.

(a) Appellant filed his brief in this cause on November 30, 2017.

(b) The State's brief was due on first extension on January 29, 2018.

(c) The State has not previously been granted one 30-day extension in this cause.

(d) The State requests a **1-day extension** to file its brief by **January 30, 2018,** and **tenders its brief along with this motion.**

(e) Good cause exists for the extension due to the undersigned's work schedule: while researching and writing this brief the undersigned prepared and filed the State's brief on *State v. Degraffinried,* Appellate Cause No. 15-50738-86-F; the undersigned prepared and delivered a case law update to her office; and the undersigned has been preparing the brief on *State v. Thomas,* Appellate Cause No. 05-16-01103-CR, that she plans to file with this Court in the next week.

(f) At the time this motion was prepared, the case had not yet been set for submission.

(g) The case below was styled *State v. Shawn Braden.,* No. 15-30110-86-F in the 86th Judicial District Court, Kaufman County, Texas.

1

WHEREFORE, the State prays that this Court extend the State's time to file its brief until **January 30, 2018**.

Respectfully submitted,

**Erleigh Norville Wiley**
Criminal District Attorney
Kaufman County, Texas

/s/ Katharine K. Decker
Katharine K. Decker
Asst. Criminal District Attorney
100 W. Mulberry Street
Kaufman, Texas 75142
State Bar No. 05630480
kdecker@kaufmancounty.net
(972) 932-0264
FAX (972) 932-0357

ATTORNEYS FOR THE STATE

## Certificate of Service

The State has e-served counsel for Appellant, Michael C. Lowe, through the eFileTexas.gov filing system at mlowe@dallasjustice.com.

/s/ Katharine K. Decker
Asst. Criminal District Attorney